IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HARRY LEE THOMAS,

     Appellant,

 v.
                         Case No. 5D22-847
                         LT Case No. 2021-CF-000600-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and Ali L.
Hansen, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Allison L. Morris, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.